# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
BEHROUZ KAHLILY

**DEFENDANTS**
CHICAGO POLICE OFFICER, R. FRANCIS, Star #5276, CITY OF CHICAGO, Illinois Municipal Corporation,

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Dennis E. Both, Brown, Udell & Pomerantz, Ltd., 1332 North Halsted Street, Suite 100, Chicago, Illinois 60622, (312)475-9900

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
[X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)
Citizen of This State: PTF [X] 1 DEF 1
Incorporated or Principal Place of Business In This State: PTF 4 DEF [X] 4

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)
CIVIL RIGHTS: [X] 440 Other Civil Rights

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
42USC Section 19E3

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [X] Yes [ ] No

**IX. This case**
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: March 10, 2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Dennis E. Both