**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>BEHROUZ KAHLILY<br>v.<br>CHICAGO POLICE OFFICER, R. FRANCIS, Star #5276,<br>CITY OF CHICAGO, Illinois Municipal Corporation, | Case Number: 07 CV 99999<br><br>`08cv1515`<br>`FILED: 03/13/08   AEE`<br>`JUDGE KENDALL`<br>`MAG. JUDGE ASHMAN` |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Behrouz Kahlily

---

| | |
|---|---|
| NAME (Type or print)<br>Dennis E. Both | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dennis E. Both | |
| FIRM<br>Brown, Udell & Pomerantz, Ltd. | |
| STREET ADDRESS<br>1332 North Halsted Street, Suite 100 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60622 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6183096 | TELEPHONE NUMBER<br>(312)475-9900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |