**U.S. DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In The Matter of | ) |
| KHALILY, BEHROUZ | ) |
| | ) |
| v. | ) Case Number: 08 C 1515 |
| | ) |
| CITY OF CHICAGO, ET AL, | ) |

**NOTICE OF FILING**

TO:  See Service List

PLEASE TAKE NOTICE that on the 18th day of June 2008, we filed with the U.S. District Court for the Northern District of Illinois, Plaintiff's **JOINT INITIAL STATUS REPORT**, a copy of which is hereby served upon you.

                                                      Respectfully submitted,

                                                      BROWN, UDELL & POMERANTZ, LTD.

                                                      By: /s/   Dennis E. Both
                                                            One of its attorneys

Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089

## CERTIFICATE OF SERVICE

The undersigned, an attorney, being first duly sworn under oath, deposes and states that I served this Notice of Filing and The Joint Initial Status Report on the following parties:

>Christopher A. Wallace
>City of Chicago
>Department of Law
>30 North LaSalle Street, Suite 1400
>Chicago, IL  60602
>(312) 742-6408

Service was accomplished pursuant to ECF.

By:   /s/   Dennis E. Both