IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BEHROUZ KAHLILY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1515 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| CHICAGO POLICE OFFICER, | ) | Mag. Ashman |
| R. FRANCIS, Star # 5276, CITY OF | ) | |
| CHICAGO, Illinois Municipal | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT CITY OF CHICAGO'S MOTION TO SPREAD OF RECORD THE DEATH OF DEFENDANT OFFICER RICHARD FRANCIS

Defendant CITY OF CHICAGO ("City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, pursuant Fed. R. Civ. P. 25(a)(1), moves this Honorable Court to suggest the death of Defendant Officer Richard Francis, Star # 5276, upon the record and in support thereof states as follows:

1. On March 13, 2008, plaintiff filed this lawsuit against Officer Richard Francis, Star # 5276, and the City of Chicago.

2. Officer Francis was killed in the line of duty on July 2, 2008.

3. Pursuant to Rule 25(a)(1), the City moves the Court to spread the death of Defendant, Officer Richard Francis, Star # 5276, upon the record during the pendency of this action.

WHEREFORE, the City respectfully requests moves this Court to have the death of Robert Francis spread of record.

Respectfully submitted,

MARA S. GEORGES

Corporation Counsel of the City of Chicago

By: /s/ Christopher Wallace
Assistant Corporation Counsel
*Attorney for Defendants*

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-6408
Attorney No. 6278655

**CERTIFICATE OF SERVICE**

I, Christopher Wallace, hereby certify that on July 2, 2008, I caused a copy of the above Motion to be served via the Court's ECF system upon counsel for Plaintiff.

/s/ Christopher Wallace
Christopher Wallace