IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEHROUZ KAHLILY, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 1515 |
| ) | |
| v. ) | Judge Kendall |
| ) | |
| CHICAGO POLICE OFFICER, ) | Mag. Ashman |
| R. FRANCIS, Star # 5276, CITY OF ) | |
| CHICAGO, Illinois Municipal ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Dennis E. Both
     Brown, Udell & Pomerantz, Ltd.
     1332 N. Halsted St., Ste. 100
     Chicago, Illinois 60622
     T: (312) 475-9900

**PLEASE TAKE NOTICE** that on, Wednesday, July 9, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable Judge Virginia M. Kendall, Room 2319 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., and then and there present Defendants' Motion to Spread Record of Death, a copy of which is herewith served upon you.

Dated: July 2, 2008

                                    Respectfully submitted,

                                    /s/ Christopher A. Wallace
                                    Christopher A. Wallace
                                    Assistant Corporation Counsel
                                    *Attorney for Defendants*

                                    City of Chicago Department of Law
                                    Individual Defense Litigation Division
                                    30 N. LaSalle St., Suite 1400
                                    Chicago, IL 60602
                                    T: (312) 742-6408
                                    ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on July 2, 2008, I caused a copy of the above Notice of Motion to be served via the Court's ECF system upon counsel for Plaintiff.

/s/ Christopher Wallace
Christopher Wallace