## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Behrouz Kahily
                 Plaintiff,

v.                                                  Case No.: 1:08–cv–01515
                                                    Honorable Virginia M. Kendall

R. Francis, et al.
                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. MOTION by Defendant City of Chicago to Spread Of Record the Death of Officer Richard Francis[11] is granted. Defendants' oral motion for an extension of time to 7/31/2008 to answer or otherwise plead is granted.Status hearing is set for 10/14/2008 at 9:00 am.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.