IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEHROUZ KAHLILY, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 1515 |
| ) | |
| v. ) | Judge Kendall |
| ) | |
| CHICAGO POLICE OFFICER, ) | Mag. Ashman |
| R. FRANCIS, Star # 5276, CITY OF ) | |
| CHICAGO, Illinois Municipal ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Dennis E. Both
Brown, Udell & Pomerantz, Ltd.
1332 N. Halsted St., Ste. 100
Chicago, IL 60622

**PLEASE TAKE NOTICE** that on, Tuesday, August 19, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable Judge Virginia Kendall, Room 2319 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., and then and there present Defendant City of Chicago's Motion *Instanter* for Leave to File Belated Motion to Dismiss and Memorandum in Support, a copy of which is herewith served upon you.

Dated: August 6, 2008

                Respectfully submitted,

                City of Chicago

                Mara S. Georges
                Corporation Counsel

                By: */s/ Christopher A. Wallace*
                   Christopher A. Wallace
                Assistant Corporation Counsel
                *Attorney for Defendant City of Chicago*

City of Chicago Department of Law
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
T: (312) 742-6408
F: (312) 744-6566
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on August 6, 2008, I caused a copy of the above Notice of Motion to be served via the Court's ECF system upon counsel for Plaintiff.

/s/ Christopher Wallace
Christopher Wallace