UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In the matter of** ) | |
| **BEHROUZ KHALILY** ) | |
| ) | |
| V. ) | **Case No.: 08 C 1515** |
| ) | **JUDGE Kendall** |
| ) | |
| **CITY OF CHICAGO, et al** ) | |

**NOTICE OF FILING**

**TO:**

    PLEASE TAKE NOTICE that on the 25thday of August, 2008 we filed with the U.S. District Court for the Northern District of Illinois, **PLAINTIFF'S RESPONSE DEFENDANTS'MOTION TO DISMISS**, a copy of which is hereby served upon you.

    Respectfully submitted,

    BEHROUZ KHALILY.


    By: /s/_____
          His attorney

Dennis Both
BROWN, UDELL & POMERANTZ,
1332 N. Halsted Street
Suite 100
Chicago, Illinois 60622
312.475.9900 (Office)
312.475.1188 (Fax)

DATED August 25, 2008

                Respectfully submitted,

                BEHROUZ KHALILY

                Dennis E. Both
                Brown, Udell & Pomerantz, Ltd

                *By:*   */s/ Dennis E. Both*
                Attorney for the Plaintiff

                Brown, Udell & Pomerantz, Ltd.
                1332 N. Halsted St.
                Suite 100
                Chicago, Illinois 60602
                312.475.9900 (Tel)
                312.475.1188 (Fax)

## **CERTIFICATE OF SERVICE**

I Dennis E. Both, an attorney, hereby certify that on August 25, 2008, I served a true and correct copy of **PLAINTIFF'S RESPONSE DEFENDANTS'MOTION TO DISMISS, by filing the same before the Court via the ECF system**

                /s/ Dennis E. Both
                Dennis E. Both, Esq.