UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **In the matter of** | ) | |
| **BEHROUZ KHALILY** | ) | |
| | ) | |
| V. | ) | **Case No.: 08 C 1515** |
| | ) | **JUDGE Kendall** |
| | ) | |
| **CITY OF CHICAGO, et al** | ) | |

**NOTICE OF MOTION**

 PLEASE TAKE NOTICE that on the 23RD day of September, 2008 at 9:00 am, the undersigned will appear before the Honorable Judge Virginia M. Kendall, in Room 2319, U.S. District Court for the Northern District of Illinois, 219 S. Dearborn St, Chicago, Illinois and then and there present **MOTION TO APPOINT ADMINISTRATOR**, a copy of which is hereby served upon you.

        Respectfully submitted,

        BEHROUZ KHALILY.


        By: /s/  Dennis E. Both
          One of its attorneys

Dennis Both
BROWN, UDELL & POMERANTZ,
1332 N. Halsted Street
Suite 100
Chicago, Illinois 60622
312.475.9900 (Office)
312.475.1188 (Fax)

## CERTIFICATE OF SERVICE

I Dennis E. Both, an attorney, hereby certify that on September9th, 2008, I served a true and correct copy of **MOTION TO APPOINT SPECIAL ADMINISTRATOR by filing the same before the Court via the ECF system**

/s/ Dennis E. Both

Dennis E. Both, Esq.